## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL DOCKET NO.: 3:02CV449-V

| | | |
|---|---|---|
| **JOE STANLEY BROWN,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Amendment To** |
| **vs.** | ) | **Memorandum and Order** |
| | ) | |
| **HILLCREST FOODS, INC.,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on its own motion for purposes of correcting an error in the Memorandum and Order, signed November 16, 2006. Page 19, #2 of the November 16, 2006 Memorandum and Order is hereby **AMENDED** as follows to reflect a new date for submission of the Final Judgment:

2) The parties shall submit a proposed Final Judgment consistent with the terms of this Memorandum and Order **no later than December 1, 2006**. The Judgment shall reflect all aspects of the jury's verdict, except with respect to the back pay award. Back pay shall be calculated based upon the actual record evidence of Plaintiff's rate of pay as a Grill Operator through March 20, 2003;

**SO ORDERED.**


Signed: November 17, 2006


Richard L. Voorhees
United States District Judge