**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO: 3:02 CV 449-H**

| | |
|---|---|
| **JOE STANLEY BROWN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  **NOTICE OF APPEAL** |
| | ) |
| **HILLCREST FOODS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

Notice is hereby given that Hillcrest Foods, Inc., defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order granting in part and denying in part Defendant's Motion for Judgment as a Matter of Law entered in this action on the 17th day of November, 2006, the amendment thereto entered the same date, and the resulting judgment therefrom.

**THIS** 14th day of December, 2006.

Respectfully submitted,

s/ Robert B. Meyer
Robert B. Meyer
North Carolina Bar No. 20564
POYNER & SPRUILL, LLP
One Wachovia Center
301 South College Street, Suite 2300
Charlotte, NC 28213
Telephone: (704) 342-5250
Facsimile: (704) 342-5264
rmeyer@poynerspruill.com


Michael D. Kaufman
Georgia State Bar No. 409195
Theresa Y. McDaniel
Georgia State Bar No. 223326
TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Telephone: (404) 885-3000
Facsimile: (404) 962-6618
michael.kaufman@troutmansanders.com
theresa.mcdaniel@troutmansanders.com

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **JOE STANLEY BROWN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO: 3:02 CV 449-H** |
| | ) | |
| **HILLCREST FOODS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system to the following persons:

> S. Luke Largess
> 741 Kenilworth Ave., Suite 300
> Park Plaza Building
> Charlotte, North Carolina 30071
> llargess@fergusonstein.com

This 14th day of December, 2006.

                           s/ Robert B. Meyer_____
                           Robert B. Meyer